UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>$141,680.00 IN UNITED STATES CURRENCY,<br><br>Defendant-in-rem. | **ORDER**<br><br>20 Civ. 2915 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

   On April 8, 2020, the Government filed a complaint in this forfeiture action.  (See Dkt. No. 1)  On July 23, 2020, Lance Steglich submitted an affidavit making a claim for the currency at issue.  (See Dkt. No. 4)  There has been no further activity in matter.  By April 13, 2021, the Government will submit a letter stating how it proposes to proceed.

Dated: New York, New York
   April 6, 2021

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge