UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>$141,680.00 IN UNITED STATES CURRENCY,<br><br>Defendant-in-rem. | **ORDER**<br><br>20 Civ. 2915 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        On April 14, 2021, the Government filed a motion to strike Lance Steglich's verified claim.  (See Dkt. No. 8)  Any opposition to the Government's motion to strike is to be filed by April 26, 2021.

Dated: New York, New York
       April 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge