

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 29, 2021

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
White Plains, NY 10601

Re: *United States v. $141,680.00 in United States Currency*,
20 Civ. 2915 (PGG)

Dear Judge Gardephe:

On April 14, 2021, the Government filed a Motion to Strike the claim filed by Lance Steglich in the above-captioned civil forfeiture matter. (Dkt. No. 8). Thereafter, on April 19, 2021, the Court entered an Order directing that any opposition to the Government's Motion to Strike be filed by April 26, 2021. (Dkt. No. 11). To date, no opposition to the Government's motion has been filed and the deadline has expired. Accordingly, the Government respectfully requests that the Court enter the Order to Strike the claim of Lance Steglich.

Since no other claims or answers have been filed in this matter and the time in which to do so has expired, the Government intends to move for a Judgment of Forfeiture in this matter.

**Memo Endorsement:** In light of Claimant Lance Steglich's failure to file a timely answer as required by Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Government's motion to strike (Dkt. No. 8) is granted. See, e.g., United States v. 479 Tamarind Dr., Hallendale, Florida, 98 Civ. 2279 (DLC), 2011 WL 1045095, at *3 (S.D.N.Y. Mar. 11, 2011) ("When a claimant fails to file an answer, he or she does not have statutory standing to bring a claim."). The Government will move for a judgment of forfeiture by January 27, 2022. The Clerk of Court is directed to terminate the pending motion at Dkt. No. 8.

Respectfully Submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: /s/ _____
Daniel G. Nessim
Assistant United States Attorney
Tel. (212) 637-2486

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge

Dated: January 18, 2022