UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

UNITED STATES OF AMERICA,

                     Plaintiff,

- against -

$141,680 IN UNITED STATES CURRENCY,

                     Defendant-in-rem.

---------------------------------------------------------------

**JUDGMENT OF FORFEITURE**

20 Civ. 2915 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS, on April 8, 2020, Plaintiff the United States of America (the "Government") commenced this in rem forfeiture action seeking the forfeiture of the Defendant-in-rem, $141,680 in United States currency, by the filing of a Verified Complaint for Forfeiture (Verified Cmplt. (Dkt. No. 1));

        WHEREAS, the Verified Complaint alleges that the Defendant-in-rem is subject to forfeiture pursuant to 21 U.S.C. § 881 (id. ¶ 18);

        WHEREAS, notice of the Verified Complaint against the Defendant-in-rem was posted on the Government's official forfeiture website, www.forfeiture.gov, for at least 30 consecutive days – from April 14, 2020 through May 13, 2020 – and proof of such publication was filed with the Clerk of Court on April 13, 2021 (Nessim Decl. (Dkt. No. 6));

        WHEREAS, as required by Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of forfeiture specified the Defendant-in-rem and the intent of the Government to forfeit and dispose of the Defendant-in-rem, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-in-rem within 60 days from the first day of publication of the notice on the Government's official forfeiture website;

WHEREAS, on July 23, 2020, Claimant Lance Steglich filed a Verified Claim asserting an interest in the Defendant-in-rem (Steglich Aff. (Dkt. No. 4)), and Eric A. Pack filed a Notice of Appearance indicating his representation of Steglich in this matter (Dkt. No. 3);

WHEREAS, Steglich did not file an Answer to the Verified Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days of filing his claim, as required by Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

WHEREAS, on April 14, 2021, the Government moved to strike Claimant Steglich's Verified Claim (Govt. Mot. (Dkt. No. 8));

WHEREAS, on January 20, 2022, the Court entered an Order granting the Government's motion to strike (Jan. 20, 2022 Order (Dkt. No. 13));

WHEREAS, no other claims or answers have been made or filed in this action, no other parties have appeared to contest this action, and the time period in which to do so – as set forth in 18 U.S.C. § 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions – has expired;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

(1) the Defendant-in-rem shall be, and the same hereby is, forfeited to Plaintiff the United States of America; and

(2) the United States Marshals Service (or its designee) shall dispose of the Defendant-in-rem according to law.

The Clerk of Court is directed to close this case.

Dated: New York, New York
July 15, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge